IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM TED HOLLIDAY,
    Plaintiff,

vs.                                    Case No.: 3:11cv511/RV/CJK

DAVID MORGAN, ESCAMBIA
COUNTY SHERIFF,
    Defendant.
_____

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this civil rights action on October 25, 2011, by filing a complaint (doc. 1) under 42 U.S.C. § 1983, and a motion for leave to proceed *in forma pauperis* (doc. 2). This court entered an order (doc. 4) on November 21, 2011, granting the motion for leave to proceed *in forma pauperis*.

    A copy of the November 21, 2011, order was mailed to plaintiff at his address of record, the Florida State Prison. The mail, however, was returned on December 29, 2011, as undeliverable, marked "Return to Sender – Attempted Not Known – Unable to Forward." (Doc. 5) To date, plaintiff has not filed a change of address form or otherwise notified the court of his current address.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court informed of his current address.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 12th day of January, 2012.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).