IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM TED HOLLIDAY,
    Plaintiff,

vs.                                        Case No.   3:11cv511/RV/CJK

DAVID MORGAN, ESCAMBIA
COUNTY SHERIFF,
    Defendant.
_____

## O R D E R

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 12, 2012. (Doc. 6 ). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

       Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now ORDERED as follows:

       1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court informed of his current address.

3.     The clerk is directed to close the file.

DONE AND ORDERED this 10th day of February, 2012.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**

*Case No: 3:11cv511/RV/CJK*